**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 09 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 12-10331 |
| Plaintiff - Appellee, | D.C. No. 2:10-cr-00482-GMN-PAL-1 |
| v. | District of Nevada, Las Vegas |
| TAVARES CHANDLER, | |
| Defendant - Appellant. | ORDER |

Before: TASHIMA and BYBEE, Circuit Judges and WOOD,[*] Senior District Judge.

The parties' joint motion is GRANTED. Chandler's sentence is vacated in light of *Johnson v. United States*, 135 S. Ct. 2551 (2015), and the case is remanded to the district court for resentencing. The mandate shall issue forthwith.

---

[*] The Honorable Kimba M. Wood, Senior District Judge for the U.S. District Court for the Southern District of New York, sitting by designation.